# EXHIBIT C

Front



Back

This is an image/copy of a check you wrote or deposited.
Please refer to your available balance since this item may not be credited to or debited from your account at this time.



about:blank