# **EXHIBIT D**



**Assurance to Complete**

This letter serves as an assurance to substantially complete construction work at the project known as 1531-33 Republic by December 31, 2016.

Work at this project has been ongoing since January of 2016 in a good faith effort the complete the work in as efficient a manner as possible. Work will be and is ongoing to complete the remaining scope of work which includes but is not limited to the installation of the following items:
- Stair Railings
- Finish Painting (in progress)
- Tile Installation (in progress)
- Countertops
- Finish Lighting
- Finish Plumbing
- Exterior Trim

From here until project completion at 31 December 2016, the stakeholders involved in the Barestone Group will receive regular email updates every Monday, Wednesday, & Friday. These updates will include such information as to who was onsite and the scope of work performed since the last prior update.

If any other information is requested during this period, please email or call DJ Bair at 513.479.2531.

_____  　　　　　1 December 2016
David Bair, Jr.  　　　　　　　　　　　　　Date

