# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | Chapter 7 |
| | Case No. 1:18-bk-12585 |
| **Suzanne Bair,** | |
| | Judge Beth A. Buchanan |
| *Debtor.* | |
| | |
| **Barestone, LLC, et al.** | ADV. PRO. NO. 1:18-ap-01062 |
| **Plaintiffs** | |
| v. | |
| **Suzanne Bair,** | |
| **Defendant-Debtor.** | |

## NOTICE OF DEBTOR'S MOTION FOR SUMMARY JUDGMENT

Please take NOTICE that the attached Motion for Summary Judgement has been filed by Suzanne Bair with the Bankruptcy Court.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the Motion for Summary Judgement, then, on or before **twenty-one** days after the date of the certificate of service of the Motion, you must file with the Court explaining your position by mailing your response to:

Clerk of United States Bankruptcy Court
Atrium Two, Suite 800
221 East Fourth Street
Cincinnati, Ohio 45202

OR, your attorney must file a response using the Court's ECF System.

The Court must receive your response on or before the above date. You must also send a copy of your response either (1) by the Court's ECF System or (2) through regular U.S. Mail to:

> Brian R. Radden
> Buecher Haffer Meyers & Koenig Co., LPA
> 105 East 4th Street, Suite 300
> Cincinnati, OH 45202

The undersigned will present to the Court a proposed order granting the Motion for Summary Judgement unless, within twenty-one (21) days after the service date set forth on the attached certificate of service, a written memorandum in opposition along with a request for a hearing is filed with the Court and served on the undersigned. Failure to file a response and accompanying memorandum on a timely basis may be cause for the Court to grant the Motion as filed without further notice. Furthermore, notice is given that, if the attached request seeks relief from the stay or acts against property of the estate, such stay will terminate with respect to the requesting party unless, within thirty (30) days of the filing of the attached request, the Court orders the stay continued in effect pending, or as a result of, a final hearing pursuant to 11 U.S.C. Section 362(e).

> Respectfully submitted,
> */s/ Paul T. Saba*
> Paul T. Saba, Esq. (0063723)
> Jeffrey M. Nye, Esq. (0082247)
> STAGNARO, SABA & PATTERSON CO., L.P.A.
> 2623 Erie Avenue
> Cincinnati, Ohio 45208
> 513.533.2703
> 513.533.2713 (facsimile)
> paulsaba@sspfirm.com
> **Attorneys for Debtor**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on November 30, 2018 to the following registered ECF participants, electronically through the court's ECF System and **ordinary U.S. Mail** at the addresses listed below:

| | | |
|---|---|---|
| Synchrony Bank<br>c/o PRA Receivables<br>Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Barestone, LLC<br>105 E 4th Street<br>Suite 300<br>Cincinnati, OH 45202-4023 | Kingston Development<br>Group, LLC<br>Buechner Haffer Meyers &<br>Koenig Co., LPA<br>105 E 4th Street<br>Suite 300<br>Cincinnati, OH 45202-4023 |
| 1420 Main Street LLC 1431<br>Main Street<br>Cincinnati OH 45202-6339 | 84 Lumber<br>P 0 Box 360343<br>Pittsburgh PA 15250-0001 | Security Services Inc<br>P 0 Box 551200<br>Jacksonville FL 32255-1200 |
| Allied Glass<br>2036 Reading Road<br>Cincinnati OH 45202-1484 | Asst US Trustee (Cin)<br>Office of the US Trustee<br>36 East Seventh Street,<br>Suite 2030<br>Cincinnati, Oh 45202 | Bair Build Company, LLC<br>1706 John Street<br>Cincinnati OH 45214-2462 |
| Bank of America<br>PO Box 982234<br>El Paso TX 79998 | Barestone LLC<br>2372 Madison Road<br>Cincinnati OH 45208 | First Bank of Ohio<br>175 S Washington St<br>Tiffin OH 44883-2843 |
| Barestone, LLC<br>c/o Brian Hirsch Agent<br>105 E 4th Street #300<br>Cincinnati OH 45202-4023 | Barron Peck Bennie &<br>Schlemmer<br>3074 Madison Road<br>Cincinnati OH 45209-1723 | Bethesda Hospital<br>PO Box 633571<br>Cincinnati OH 45263 |
| Brian Redden<br>105 E 4th Street #300<br>Cincinnati OH 45202-4023 | CB Real Estate<br>45 Fairfield Ave #4<br>Bellevue KY 41073-1149 | Cavalry SPV<br>500 Summit Lake Drive<br>Valhalla NY 10595-1340 |
| Chase<br>PO Box 15153<br>Wilmington DE 19886-5153 | Chip & Diane Denning<br>1507 Republic Street<br>Cincinnati OH 45202-7015 | Citicards<br>P 0 Box 6500<br>Sioux Falls SD 57117-6500 |
| Credit Collection Services<br>725 Canton Street<br>Norwood MA 02062-2679 | D & A Services<br>1400 E Touhy Ave #G2<br>Des Plaines IL 60018-3338 | DEPE, LLC dba Pella<br>9869 Montgomery Road<br>Cincinnati OH 45242-6424 |

| | | |
|---|---|---|
| Dale Seif<br>110 E Emmitt<br>Waverly OH 45690 | David Donnett<br>1212 Sycamore #36<br>Cincinnati OH 45202 | David Kamp<br>1700 4th & Vine Tower<br>1 West 4th Street<br>Cincinnati OH 45202 |
| Genpact Services, LLC<br>PO Box 1969<br>Southgate MI 48195-0969 | Home Depot<br>PO Box 790328<br>Saint Louis MO 63179 | Internal Revenue Service<br>P 0 Box 7346<br>Philadelphia PA 19101 |
| Josh Loewenstine<br>3616 Marburg Ave<br>Cincinnati OH 45208-1611 | Keidel<br>1150 Tennessee Ave<br>Cincinnati OH 45229 | Kingston Development Group LLC<br>2372 Madison Road Unit WIC<br>Cincinnati OH 45208 |
| Levy & Associates<br>4645 Executive Drive<br>Columbus OH 43220-3601 | Lloyd & McDaniel PLC<br>P 0 Box 23200<br>Louisville KY 40223 | Louisville Tile<br>3200 E Kemper Road<br>Cincinnati OH 45241 |
| Michael Carter<br>c/o plaintiff with Barestone<br>5580 Windridge View<br>Cincinnati OH 45243 | Office of District Counsel<br>312 Elm Street Suite 2350<br>Cincinnati OH 45202 | Ohio Attorney General 30 E Broad Street<br>14th Floor<br>Columbus OH 43215 |
| Ohio Bureau of Workers Compensation<br>Attn: Law Section Bankruptcy Unit<br>PO Box 15567<br>Columbus OH 43215-0567 | One Advantage<br>1232 W State Rd 2<br>La Porte IN 46350-5469 | PNC Bank<br>Western Loan Center<br>2730 Liberty Ave Bankruptcy Dept Pittsburgh PA 15222-4704 |
| PRA Receivables Management, LLC PO Box 41021<br>Norfolk, VA 23541-1021 | Ravdeep & Sonia Chanana<br>234 E 23rd Street #4A New York NY 10010-4624 | Richard Avis<br>PO Box 31579<br>Chicago IL 60631-0579 |
| Santina Vanzant<br>8534 E Kemper Road<br>Cincinnati OH 45249 | Schimpf, Ginocchio & Kehres<br>36 East 7th Street #2600<br>Cincinnati OH 45202-4452 | Speedway Super America LLC<br>P 0 Box 740587<br>Cincinnati OH 45274-0587 |
| State of Ohio<br>Department of Taxation<br>Attn: Bankruptcy Division<br>P 0 Box 530<br>Columbus OH 43266-0030 | Sunbelt Rental<br>4631 Spring Grove<br>Cincinnati OH 45232 | Synchrony Bank<br>PO Box 965004<br>Orlando FL 32896-5004 |

| | | |
|---|---|---|
| Synchrony Bank (Lowes)<br>Attention Bankruptcy Dept<br>PO Box 965060<br>Orlando FL 32896-5060 | U S Attorney<br>221 East Fourth Street,<br>Suite 400<br>Cincinnati OH 45202 | Union Savings Bank<br>8534 E. Kemper Road<br>Cincinnati OH 45249-3701 |
| Valley Insulation<br>5537 OH 128<br>Cleves OH 45002 | Wells Fargo<br>PO Box 29482<br>Phoenix AZ 85038-9482 | Eileen K Field<br>3991 Hamilton Middletown<br>Road, Unit U<br>Hamilton, OH 45011 |
| David Weber<br>300 Pike Street #500<br>Cincinnati OH 45202-4241 | Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati OH 45202 | |

                                                  /s/ *Paul T. Saba*
                                                  Paul T. Saba, Esq. (0063723)