**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| In re: | ) | Case No. 1:18-bk-12585 |
| | | Adversary Case No. 1:18-ap-01062 |
| Suzanne Bair | ) | Chapter 7 |
| Debtor. | ) | **Hon. Beth A. Buchanan** |

**NOTICE OF CHANGE OF ADDRESS FOR
COUNSEL FOR PLAINTIFF-CREDITORS
BARESTONE, LLC AND KINGSTON DEVELOPMENT GROUP, LLC**

Please take notice that the Plaintiff-Creditors counsel Brian R. Redden and Christen M. Steimle of the law firm of Buechner, Haffer, Meyers & Koenig, Co., LPA have relocated their offices to the following address:

Buechner Haffer Meyers & Koenig Co., LPA
Atrium Two, Suite 2300
221 E. Fourth Street
Cincinnati, OH 45202
(513) 579-1500 Telephone
(513) 977-4361 Facsimile

Respectfully submitted,

 /s/ Christen M. Steimle
Brian R. Redden (0070610)
Christen M. Steimle (0086592)
Buechner Haffer Meyers & Koenig Co., LPA
Atrium Two, Suite 2300
221 E. Fourth Street
Cincinnati, OH 45202
(513) 579-1500 Telephone
(513) 977-4361 Facsimile
bredden@bhmklaw.com
csteimle@bhmklaw.com
***Counsel for Plaintiff-Creditors***

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed on December 12th, 2018 and shall be served upon all counsel of record via email and through this Court's CM/ECF filing system and, if not represented, to the party's address of record on the creditor matrix in this action attached to Defendant-Debtor's Petition.

                                                          /s/ Christen M. Steimle

1259631