**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| In re: | ) | Case No. 1:18-bk-12585 |
| | | Adversary Case No. 1:18-ap-01062 |
| Suzanne Bair | ) | Chapter 7 |
| Debtor. | ) | **Hon. Beth A. Buchanan** |

**NOTICE OF APPEARANCE OF**
**CHRISTEN M. STEIMLE**

Now comes Attorney Christen M. Steimle and hereby enters her appearance of record as co-counsel for Barestone, LLC and Kingston Development Group, LLC., the Plaintiff-Creditors.

Respectfully submitted,

  /s/ Christen M. Steimle
Brian R. Redden  (0070610)
Christen M. Steimle  (0086592)
Buechner Haffer Meyers & Koenig Co., LPA
Atrium Two, Suite 2300
221 E. Fourth Street
Cincinnati, OH   45202
(513) 579-1500 Telephone
(513) 977-4361 Facsimile
bredden@bhmklaw.com
csteimle@bhmklaw.com
***Counsel for Plaintiff-Creditors***

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed on December 12th, 2018 and shall be served upon all counsel of record via email and through this Court's CM/ECF filing system and, if not represented, to the party's address of record on the creditor matrix in this action attached to Defendant-Debtor's Petition.

  /s/ Christen M. Steimle

1259628