# Exhibit A



D120098028

## COURT OF COMMON PLEAS
## HAMILTON COUNTY, OHIO

| UNION SAVINGS BANK, | CASE NO. A1705978 |
|---|---|
| Plaintiff, | Judge |
| vs. | |
| BARESTONE, LLC, et al. | FINAL JUDGMENT ENTRY |
| Defendants. | |

ENTERED
NOV 17 2017

THIS CAUSE came before the Court on the Complaint of Plaintiff Union Savings Bank ("Plaintiff"), the Answer of defendants Barestone, LLC, David Bair Jr. aka D.J. Bair and Suzanne Bair and Plaintiff's Motion to Enter Judgment with supporting affidavit. Based on the pleadings and accompanying materials, the Court makes the following findings:

On this day came Plaintiff, by Santina O. Vanzant, Attorney at Law, and Robert Calabrese, Attorney at Law of this Court, who appears on behalf of defendants Barestone, LLC, David Bair Jr. aka D.J. Bair and Suzanne Bair (collectively, "Defendants") for the limited purpose of confessing judgment on the Plaintiff's Complaint, and produced the original copy of the Promissory Note attached to the Plaintiff's Complaint as Exhibit A. Further, Attorney Robert Calabrese waives the issuing and servicing of process in this action on behalf of Defendants.

Attorney Robert Calabrese confesses judgment on the Promissory Note on behalf of Defendants in favor of the Plaintiff in the total amount of $290,847.33, together with interest at an adjustable rate, with the current rate of 5.250% per annum (as may be adjusted pursuant to the terms of the Promissory Note) from July 1, 2017 until paid in full, plus late charges that continue to accrue per the terms of the Promissory Note, plus costs advanced and costs incurred.

EXHIBIT A

The Court further finds that the Promissory Note and the Warrants of Attorney contained therein did not arise out of a consumer loan or a consumer transaction as those terms are defined in section 2323.13(E) of the Ohio Revised Code. Further, the Court finds that the warnings required pursuant to section 2323.13(D) of the Ohio Revised Code appear on the Promissory Note in the appropriate locations and in such type size or distinctive marking that they appear more clearly and conspicuously than anything else on the documents.

It is therefore ORDERED, ADJUDGED, and DECREED that Plaintiff is granted a judgment on its Complaint against defendants Barestone, LLC, David Bair Jr. aka D.J. Bair and Suzanne Bair in the total amount of $290,847.33, together with interest at an adjustable rate, with the current rate of 5.250% per annum (as may be adjusted pursuant to the terms of the Promissory Note) from July 1, 2017 until paid in full, plus late charges that continue to accrue per the terms of the Promissory Note, plus costs advanced, attorney fees, court costs, and costs incurred.

IT IS SO ORDERED. There is no just reason for delay. This is a final, appealable order.

_____
Date: 11/67/17

_____
Santina O. Vanzant (0080752)
Attorney for Plaintiff

Judge: HON. JODY M. LUEBBERS

COURT OF COMMON PLEAS ENTERED
THE CLERK SHALL SERVE NOTICE TO PARTIES PURSUANT TO CIVIL RULE 58 WHICH SHALL BE TAXED AS COSTS HEREIN.

Robert Calabrese (0079984)
Attorney for Defendants Barestone, LLC, David Bair Jr. aka D.J. Bair and Suzanne Bair (for the limited purpose of confessing judgment on the Promissory Note)