# Exhibit D

# HAMILTON COUNTY
## CLERK OF COURTS
### AFTAB PUREVAL
1000 Main St, Cincinnati, OH 45202

Contact Us    Search...

| GENERAL INFORMATION | PAY ONLINE | FORMS | OUR OFFICE | RECORDS SEARCH | TITLES & PASSPORTS |

# Case Summary

| Case Number: | A 1704728 |
|---|---|
| Court: | Common Pleas Civil |
| Case Caption: | BARESTONE LLC vs. BAIR BUILD COMAPNY LLC |
| Judge: | CURT C HARTMAN |
| Filed Date: | 09/08/2017 |
| Case Type: | H740 - BREACH OF CONTRACT- OC |
| Total Deposits: | $343.00 Credit |
| Total Costs: | $856.90 |



## Case Schedules

  

Show All Rows

| Status | Date | Time | Location | Judge | Action |
|---|---|---|---|---|---|
| Active | 06/10/2019 | 10:00 AM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | BENCH TRIAL |
| Active | 05/28/2019 | 02:00 PM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | PRE-TRIAL |
| Active | 12/11/2018 | 02:00 PM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | ORAL ARGUMENTS |
| Active | 10/17/2018 | 10:45 AM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | CASE MANAGEMENT CONFERENCE |
| Active | 10/17/2018 | 10:45 AM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | ATTORNEY PRESENCE REQUIRED |
| Active | 09/26/2018 | 01:30 PM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | HEARING |
| Active | 09/11/2018 | 11:15 AM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | STATUS REPORT |
| Active | 08/01/2018 | 02:30 PM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | STATUS REPORT |
| Active | 05/30/2018 | 02:00 PM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | STATUS REPORT |
| Active | 04/17/2018 | 11:30 AM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | CASE MANAGEMENT CONFERENCE |
| Active | 03/27/2018 | 10:30 AM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | CASE MANAGEMENT CONFERENCE |
| Active | 03/13/2018 | 02:30 PM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | ORAL ARGUMENTS |
| Active | 02/12/2018 | 10:45 AM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | CASE MANAGEMENT CONFERENCE |
| Active | 01/08/2018 | 11:45 AM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | CASE MANAGEMENT CONFERENCE |
| Active | 11/29/2017 | 11:45 AM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | CASE MANAGEMENT CONFERENCE |
| Inactive | 11/13/2017 | 11:00 AM | H.C. COURT HOUSE ROOM 380 | CURT C HARTMAN | CMC INITIAL CASE MANAGEMENT |

1 - 16 / Filtered: 16 Total: (16)   All Rows ▾



HAMILTON COUNTY
**CLERK OF COURTS**
1000 Main St, Cincinnati, OH 45202

E-Filing
FAQ


EXHIBIT D

© 2017 Aftab Pureval, Hamilton County Clerk of Courts | All Rights Reserved | Privacy Policy