**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

Beth A. Buchanan
United States Bankruptcy Judge

**Dated: March 10, 2020**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In Re | ) |
| | ) Case No. 18-12585 |
| **SUZANNE BAIR** | ) Chapter 7 |
| | ) Judge Buchanan |
| Debtor | ) |
| | ) |
| **BARESTONE, LLC,** *et al.*, | ) |
| | ) Adversary Case No. 18-1062 |
| Plaintiffs | ) |
| v. | ) |
| **SUZANNE BAIR** | ) |
| Defendant | ) |

**ORDER ADJOURNING STATUS CONFERENCE AND SETTING DEADLINE TO FILE MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to this Court's *Order Adjourning Status Conference* [Docket Number 29], a telephonic status conference was held on March 5, 2020.

This matter is **further adjourned for a telephonic status conference** to be conducted by the Honorable Beth A. Buchanan, United States Bankruptcy Judge, at the United States Bankruptcy Court, Atrium Two Building, Suite 814, Courtroom 1, 221 East Fourth Street, Cincinnati, Ohio on **April 2, 2020 at 3:30 p.m.**

As stated during the March 5, 2020 status conference, the deadline for Plaintiffs' to file a motion for leave to file an amended complaint is **March 27, 2020**.

The Courtroom Deputy will initiate the telephonic status conference with the parties at the time delineated above. Counsel shall contact Judge Buchanan's Courtroom Deputy Heather Gilliam by telephoning (513) 684-2468 or by email at Heather_Gilliam@ohsb.uscourts.gov with the direct telephone number where counsel may be reached.

Should counsel fail to appear at this status conference or comply with the provisions set forth above, this Court may take such action as provided by law, including granting or denying the requested relief or imposition of sanctions pursuant to LBR 9011-3.

SO ORDERED.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the Court's premises.**

Distribution List:

Brian Shrive, Esq.
Christopher P. Finney, Esq.
Paul T. Saba, Esq.
Jeffrey M. Nye, Esq.