This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

**IT IS SO ORDERED.**

**Dated: May 7, 2021**



Beth A. Buchanan
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In Re | Case No. 18-12585 |
| SUZANNE BAIR | Chapter 7 |
| Debtor(s) | Judge Buchanan |
| BARESTONE, LLC, *et al.* | Adversary Case No. 18-1062 |
| Plaintiff(s) | |
| v. | |
| SUZANNE BAIR | |
| Defendant(s) | |

**ORDER REQUIRING JOINT STATUS REPORT [Docket Number 42]**

This matter is before this Court on the Plaintiffs Barestone, LLC, et al.'s *Amended Complaint* [Docket Number 42] and Defendant Suzanne Bair's *Answer* [Docket Number 45].

A pretrial conference was held on February 18, 2021 (the "Pretrial Conference"). At the Pretrial Conference, the parties indicated that they would be amenable to mediation to resolve their

dispute. However, the parties have since advised that they have agreed any mediation would not be fruitful.

Accordingly, the parties shall file a **joint status report** by <u>**May 27, 2021**</u> regarding the status of the case if the parties have not already reported a resolution of the matter prior to that date.

SO ORDERED.

Distribution List:

L. Joshua Davidson, Esq.
Christopher P. Finney, Esq.
Paul T. Saba, Esq.
Jeffrey M. Nye, Esq.

United States Bankruptcy Court
Southern District of Ohio

Barestone, LLC,
    Plaintiff

Bair,
    Defendant

Adv. Proc. No. 18-01062-bab

# CERTIFICATE OF NOTICE

District/off: 0648-1     User: johnsonr     Page 1 of 2
Date Rcvd: May 10, 2021     Form ID: pdf01     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion09.ci.ecf@usdoj.gov | May 10 2021 18:45:00 | Asst US Trustee (Cin), Office of the US Trustee, J.W. Peck Federal Building, 550 Main Street, Suite 4-812, Cincinnati, OH 45202-5212 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Charles Shrive | on behalf of Plaintiff Kingston Development Group LLC Brian@FinneyLawFirm.com |
| Brian Charles Shrive | on behalf of Plaintiff Barestone LLC Brian@FinneyLawFirm.com |
| Christopher P Finney | on behalf of Plaintiff Barestone LLC chris@finneylawfirm.com, emma@finneylawfirm.com |
| Christopher P Finney | on behalf of Plaintiff Kingston Development Group LLC chris@finneylawfirm.com, emma@finneylawfirm.com |
| Jeffrey M. Nye | |

on behalf of Defendant Suzanne Bair jmn@sspfirm.com  cmw@sspfirm.com

L. Joshua Davidson

on behalf of Plaintiff Barestone  LLC josh@omdlaw.com

L. Joshua Davidson

on behalf of Plaintiff Kingston Development Group  LLC josh@omdlaw.com

Paul T Saba

on behalf of Defendant Suzanne Bair pts@sspfirm.com  eak@sspfirm.com;cmw@sspfirm.com

TOTAL: 8